IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH PADGETT, #281 611, | ) |
|    Plaintiffs, | ) ) ) |
| v. | ) CIVIL NO. 2:20-CV-1021-WHA-JTA |
| JEFFERSON DUNN, COMMISSIONER, et al., | ) ) ) ) |
|    Defendants. | ) ) |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge that the court transfer Plaintiff's complaint to the United States District Court for the Southern District of Alabama. Doc. 3. Plaintiff has filed objections. Doc. 4. Based upon an independent and *de novo* review of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the court finds the Recommendation adequately addresses and properly rejects the grounds for Plaintiff's objections and that the objections lack merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. 4) are OVERRULED.

(2) The Magistrate Judge's Recommendation (Doc. 3) is adopted.

(3) This case is transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this court.

Done, this 6th day of January 2021.

                                     /s/   W. Harold Albritton
                                     W. HAROLD ALBRITTON
                                     CHIEF UNITED STATES DISTRICT JUDGE